**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                             Criminal No. 06-mj-054-01-JM

<u>Jeffrey C. Phillips</u>

**O R D E R**

While the recording of the hearing is not consistent with defense counsel's recollection, the court grants counsel's request to withdraw the motion for a Drukteinis evaluation. The detention order is amended to make it a regular, not temporary, detention order.

    **SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: June 14, 2006

cc:    Jeffrey S. Levin, Esq.
        Robert M. Kinsella, Esq.
        U.S. Marshal
        U.S. Probation