UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                    Case No. 06-cr-112-01-SM

Jeffrey Phillips

### O R D E R

Defendant's assented-to motion to continue the trial (document no. 16) is granted. Trial has been rescheduled for the November 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than July 21, 2006. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:    October 26, 2006 at 11:30 AM

    Jury Selection:    November 7, 2006 at 9:30 AM

    SO ORDERED.

July 14, 2006                                _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:  Robert Kinsella, Esq.
      Jeffrey Levin, Esq.
      U. S. Probation
      U. S. Marshal